## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BISK EDUCATION, INC. f/k/a
Totaltape, Inc.,

     Plaintiff(s),

v.                        Case No:  8:05-CV-1614-T-30MAP

BRADLEY E. ATCHINSON, et al.,

     Defendant(s).

_____/

## O R D E R

     **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #35). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

     After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

     **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.      The Report and Recommendation (Dkt. #35) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      Plaintiff's Motion to Remand (Dkt. #18) is GRANTED.

3.      All other pending motions (Dkts. #5, #10, #21, #25, and #29) are DENIED as moot.

4.      The Clerk is directed to REMAND this case to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida and include a copy of this Order along with the Court file.

5.      The Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Even\2005\05-cv-1614.remand order.wpd